UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERNARD BARNO,<br>          Plaintiff,<br>    v.<br>ARMANDO PADILLA, et al.,<br>          Defendants. | Case No. 20-cv-03886-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 26 |

The parties have filed a second stipulated request to further extend the deadline for defendants to file a dispositive motion because the parties currently are attempting to settle the case. Upon due consideration, the court GRANTS the request. Docket No. 26. The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **July 16, 2021**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **August 20, 2021**. Defendants must file and serve their reply brief (if any) no later than **September 3, 2021.**

**IT IS SO ORDERED**.

Dated: May 28, 2021

_____
SUSAN ILLSTON
United States District Judge