UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERNARD BARNO,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO PADILLA, et al.,<br><br>Defendants. | Case No. 20-cv-03886-SI (PR)<br><br>**ORDER EXTENDING DEADLINES**<br><br>Re: Dkt. No. 28 |

Defendants have filed a request for a third extension of the deadline to file a dispositive motion. According to the accompanying declaration of attorney Carson Niello, additional time to prepare a dispositive motion is necessary because the parties continue to engage in informal settlement discussions. Niello Decl. ¶ 3. Upon due consideration of the request and the accompanying declaration of attorney Niello, the court GRANTS the request. Docket No. 28. The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **September 14, 2021**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **October 29, 2021**. Defendants must file and serve their reply brief no later than **November 12, 2021.**

**IT IS SO ORDERED**.

Dated: July 20, 2021

_____
SUSAN ILLSTON
United States District Judge