UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY BERNARD BARNO,

Plaintiff,

v.

ARMANDO PADILLA, et al.,

Defendants.

Case No.  20-cv-03886-SI (pr)

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 34

Plaintiff has filed a request for an extension of time to respond to defendants' motion for summary judgment.  Plaintiff asserts that he needs more time to file his opposition to defendants' motion because he has limited access to the law library, is handling other "time sensitive litigation," and wishes to "re-evaluate discovery conducted."  Docket No. 34 at 2.  Plaintiff's request is GRANTED.  The existing briefing schedule on defendants' motion for summary judgment is vacated and replaced with the following deadlines:

1.    Plaintiff must file and serve his opposition to the motion for summary judgment no later than **January 7, 2022**.

2.    Defendants must file and serve their reply brief no later than **January 21, 2022**.

**IT IS SO ORDERED**.

Dated: November 29, 2021

_____
SUSAN ILLSTON
United States District Judge