UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERNARD BARNO,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO PADILLA, et al.,<br><br>Defendants. | Case No. 20-cv-03886-SI (pr)<br><br>**ORDER SETTING NEW DEADLINES**<br><br>Re: Dkt. No. 39 |

Plaintiff has requested a third extension of the deadline to file his opposition to defendants' motion for summary judgment. Docket No. 39. Plaintiff asserts that he needs more time to file his opposition to defendants' motion because he has limited access to the law library, which has been closed after the prison had to "go[] on a lock-down modified program due to the COVID-19 pandemic outbreak." *Id.* at 2. Upon due consideration, the request for an additional 14-day extension is GRANTED. The court now sets the following new briefing schedule on defendants' motion for summary judgment: Plaintiff must file and serve his opposition no later than **February 4, 2022**. Defendants must file and serve their reply, if any, no later than **February 18, 2022**. No further extensions of these deadlines should be expected.

**IT IS SO ORDERED**.

Dated: January 14, 2022

_____
SUSAN ILLSTON
United States District Judge