UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERNARD BARNO,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO PADILLA, et al.,<br><br>Defendants. | Case No. 20-cv-03886-SI (pr)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO VACATE**<br><br>Re: Dkt. No. 45 |

On January 14, 2022, the court granted Plaintiff's request for a third extension of the deadline to file his opposition to defendants' motion for summary judgment. Docket No. 40. The court set a new briefing schedule on defendants' motion for summary judgment, stating as follows: "Plaintiff must file and serve his opposition no later than February 4, 2022. Defendants must file and serve their reply, if any, no later than February 18, 2022." *Id.* at 1. On January 21, 2022, Plaintiff filed his opposition and supporting documents. Docket Nos. 42-44. He now requests that the court vacate its January 14, 2022 Order. Docket No. 45. The court DENIES plaintiff's request because defendants might have relied on the new briefing schedule.

**IT IS SO ORDERED**.

Dated: January 24, 2022

_____
SUSAN ILLSTON
United States District Judge