United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY BERNARD BARNO,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO PADILLA, et al.,<br><br>Defendants. | Case No. 20-cv-03886-SI<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: Dkt. No. 47 |

Before the Court is defendant's motion under Local Rules 6-3 and 7-11 for a fourteen-day extension to file a reply brief for a pending motion for summary judgment. Dkt. No. 47. The motion is **GRANTED**. The reply is due no later than March 4, 2022.

**IT IS SO ORDERED**.

Dated: February 23, 2022

SUSAN ILLSTON
United States District Judge