UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODNEY BERNARD BARNO,

    Plaintiff,

v.

ARMANDO PADILLA, et al.,

    Defendants.

Case No. 20-cv-03886-SI (pr)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED

That pursuant to the Court's order, Claim 3 (relating to Barno's claim that Padilla, Campagna, and Saint-Louis "threatened" him "if he continued litigation against them") be dismissed without prejudice to refiling after exhausting California's prison administrative process.

That pursuant to the Court's Order, judgment is hereby entered in favor of the named defendants against whom Barno alleged his remaining First Amendment claims, and against Barno.

And that each party bear its own costs of action.

**IT IS SO ORDERED**.

Dated: May 12, 2022

_____
SUSAN ILLSTON
United States District Judge